*Steepy, Petitioner, v. Walkin' Dogs & Pet Servs., Inc., Petitioner*, No. 92478-3. Petition for review of a decision of the Court of Appeals, No. 72403-7-I, August 24, 2015, 189 Wn. App. 1042. *Denied* March 30, 2016.

*Potelco, Inc., Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 92480-5. Petition for review of a decision of the Court of Appeals, No. 72845-8-I, October 5, 2015, 190 Wn. App. 1026. *Denied* March 30, 2016.

*Johnson Bros. Contracting, Petitioner, v. Mt. Adams Trucking et al., Respondents*, No. 92481-3. Petition for review of a decision of the Court of Appeals, No. 32165-7-III, September 24, 2015, 190 Wn. App. 1015. *Denied* March 30, 2016.

*Cook et al., Respondents, v. Tarbert Logging, Inc., et al., Petitioners*, No. 92482-1. Petition for review of a decision of the Court of Appeals, No. 32000-6-III, October 1, 2015, 190 Wn. App. 448. *Denied* March 30, 2016.

*Richardson, Petitioner, v. Coast Real Estate Servs. et al., Respondents*, No. 92484-8. Petition for review of a decision of the Court of Appeals, No. 72397-9-I, August 3, 2015, 189 Wn. App. 1018. *Denied* March 30, 2016.

*State, Respondent, v. Bain, Petitioner*, No. 92485-6. Petition for review of a decision of the Court of Appeals, No. 72399-5-I, September 28, 2015, 190 Wn. App. 1019. *Denied* March 30, 2016.

*Du Ju, Petitioner, v. JPMorgan Chase Bank, NA, et al., Respondents*, No. 92487-2. Petition for review of a decision of the Court of Appeals, No. 46333-4-II, September 1, 2015, 189 Wn. App. 1049. *Denied* March 30, 2016.

*Firey, Petitioner, v. Myers et al., Respondents*, No. 92491-1. Petition for review of a decision of the Court of Appeals, No. 33232-2-III, October 1, 2015, 190 Wn. App. 1025. *Denied* March 30, 2016.